BRIAN QUINN, Justice,
concurring.
I concur in the majority’s opinion and disposition but write to specifically address a contention Exchange Services, Inc. made at oral argument. There, it asserted that because the parties agreed via paragraph 23.0 of the franchise agreement that “nothing in this [franchise] agreement shall terminate or otherwise affect any lease of real property that relates to the Existing Franchises,” the arbitration clause contained in the franchise agreement has no “affect” upon disputes arising under the lease. (Emphasis added). Assuming arguendo that the passage “or otherwise affect any lease” could be read as encompassing disputes or litigation involving duties imposed by the lease, I note that the claims of Exchange Services are founded on more than just the lease. For instance, it also seeks to enforce obligations purportedly assumed by Mr. Payroll Corporation under the Assignment and Assumption of Lease and Estoppel Certificate agreement. The latter, more importantly, is mentioned nowhere in paragraph 23.0. Thus, any purported immunity from arbitration created by paragraph 23.0 does not encompass those disputes implicating or arising under the agreement to assign the lease.